**No. 10-6233. Malcolm T. Riley, Petitioner v. Supreme Court of Pennsylvania.**

562 U.S. 1207, 131 S. Ct. 1063, 178 L. Ed. 2d 878, 2011 U.S. LEXIS 1041.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1013, 131 S. Ct. 527, 178 L. Ed. 2d 388, 2010 U.S. LEXIS 8592.

**No. 10-6421. Toney I. Brown, Petitioner v. Kevin Milyard, Warden, et al.**

562 U.S. 1207, 131 S. Ct. 1064, 178 L. Ed. 2d 878, 2011 U.S. LEXIS 1016.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1014, 131 S. Ct. 532, 178 L. Ed. 2d 391, 2010 U.S. LEXIS 8584.

**No. 10-6558. Charles Whitlow, Petitioner v. City of Roanoke, Virginia.**

562 U.S. 1207, 131 S. Ct. 1064, 178 L. Ed. 2d 878, 2011 U.S. LEXIS 1058.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1067, 131 S. Ct. 650, 178 L. Ed. 2d 488, 2010 U.S. LEXIS 9405.

**No. 10-6559. Eugenia B. White, Petitioner v. Fairfax County, Virginia.**

562 U.S. 1207, 131 S. Ct. 1064, 178 L. Ed. 2d 878, 2011 U.S. LEXIS 1044.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1067, 131 S. Ct. 650, 178 L. Ed. 2d 488, 2010 U.S. LEXIS 9421.

**No. 10-6583. Francisco Javier Medina, Petitioner v. Larry E. Scribner, Warden.**

562 U.S. 1207, 131 S. Ct. 1064, 178 L. Ed. 2d 878, 2011 U.S. LEXIS 1003.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1068, 131 S. Ct. 651, 178 L. Ed. 2d 489, 2010 U.S. LEXIS 9408.

**No. 10-6590. Danny Ray Meeks, Petitioner v. Tennessee Department of Corrections, et al.**

562 U.S. 1207, 131 S. Ct. 1064, 178 L. Ed. 2d 878, 2011 U.S. LEXIS 992.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1068, 131 S. Ct. 687, 178 L. Ed. 2d 489, 2010 U.S. LEXIS 9174.

**No. 10-6655. Marcellus Thomas, Petitioner v. United States.**

562 U.S. 1207, 131 S. Ct. 1064, 178 L. Ed. 2d 878, 2011 U.S. LEXIS 1063.

January 24, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1049, 131 S. Ct. 610, 178 L. Ed. 2d 444, 2010 U.S. LEXIS 8871.